

**NUMBER 13-17-00685-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IN RE MANUEL ANTONIO SEAS, M.D.;
INPATIENT CONSULTANTS OF TEXAS, P.L.L.C.; AND
IPC THE HOSPITALIST COMPANY, INC.**

---

**On Petition for Writ of Mandamus.**

---

# ORDER

**Before Justices Rodriguez, Longoria, and Hinojosa
Order Per Curiam**

Relators Manuel Antonio Seas, M.D.; Inpatient Consultants of Texas, P.L.L.C.; and IPC the Hospitalist Company, Inc., filed a petition for writ of mandamus in the above cause on December 15, 2018. Through this original proceeding, relators seek to compel the trial court to withdraw its orders of March 21, 2017 and July 31, 2017 denying relators' motion to designate a responsible third party and to grant their motion. The Court requests that the real parties in interest, Miguel David Garza, Beatrice Garza, and David J. Lumber, or any others whose interest would be directly affected by the relief sought,

file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* Tᴇx. R. Aᴘᴘ. P. 52.2, 52.4, 52.8.  Relators' request for emergency temporary relief will be CARRIED WITH THE CASE pending review of the response.

     IT IS SO ORDERED.

                                        PER CURIAM

Delivered and filed the
19th day of December, 2017.